■ CLEON FORD, Respondent, v TOWN OF CATO et al., Appellants.—Judgment unanimously affirmed, without costs, for reasons stated in opinion at Supreme Court, Corning, J. (Appeal from judgment of Supreme Court, Cayuga County, Corning, J.—declaratory judgment.) Present—Callahan, J. P., Boomer, Green, Pine and Schnepp, JJ.